IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HITESH PATEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NARENDRA PATEL | : | NO. 18-1841 |

### ORDER

**AND NOW**, this 1st day of August, 2018, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 22) and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion to Dismiss is **GRANTED** with respect to Count VI of the Amended Complaint and Count VI is **DISMISSED** without prejudice.

2. The Motion to Dismiss is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.